## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**CHARLEY HUGHES,**

        **Plaintiff,**

        v.                        CASE NO. 10-3173-SAC

**KATRINA POLLET, KANSAS
JUVENILE CORRECTIONS
SUPERINTENDENT,**

        **Defendant.**

### O R D E R

This civil rights complaint, 42 U.S.C. § 1983, was filed pro se by an inmate of the El Dorado Correctional Facility, El Dorado, Kansas (EDCF). As the factual background for his complaint, Mr. Grant alleges as follows. He was in segregation at the Kansas Juvenile Correctional Complex from February 21, 2009 to December 10, 2009. During this time, defendant Pollet became the new Superintendent and "made new rules for inmate in segregation." As a result, inmates were denied showers, all writing material, visits, phone calls, haircuts, shaves, out-of-cell recreation, socks, underwear, pillows and sheets. Plaintiff asserts that this amounted to cruel and unusual punishment. He does not specify what relief he seeks. Plaintiff is directed to inform the court as to the specific dates during which he claims that these deprivations occurred and that his constitutional rights were violated by defendant, as well as to specify what relief he seeks. He is given time to provide these crucial facts. If he fails to comply with this Order in the time allotted, this action may be dismissed without further notice.

Plaintiff has also filed an Application to Proceed Without

Prepayment of Fees.  However, he does not provide the financial information required by federal statute in support of his motion. 28 U.S.C. § 1915 requires that a prisoner filing a motion to proceed without prepayment of fees submit a "certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing" of the action "obtained from the appropriate official of each prison at which the prisoner is or was confined."  28 U.S.C. § 1915(a)(2). Plaintiff provides financial information for only a few days.  He is required, and given time to, obtain and submit the requisite financial information for the six months immediately preceding the filing of his complaint.  If he fails to submit this information within the time allotted this action may be dismissed without further notice for failure to satisfy the statutory fee prerequisites.

**IT IS THEREFORE BY THE COURT ORDERED** that plaintiff is given twenty (20) days in which to specify the dates on which he claims his constitutional rights were violated by defendant, the relief he is seeking, and to provide the financial information required to support his motion to proceed without prepayment of fees.

**IT IS SO ORDERED.**

Dated this 13th day of October, 2010, at Topeka, Kansas.


                                                   s/Sam A. Crow
                                                 U. S. Senior District Judge